UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Susan D. Wigenton |
| | : |
| | : Criminal No. 17-291; 17-302; |
| v. | : 17-324 (SDW) |
| | : |
| | : AMENDED ORDER |
| CRAIG CINELLI, ET AL., | : |

UPON consideration of the parties' submissions, the testimony and evidence presented at the restitution hearing held by this Court on December 4, 2019, and for good cause shown, on this 22nd day of January, 2020, it is

ORDERED that the Defendants shall make restitution in the amount of $25,485,568.07, as set forth in the Amended Judgments signed January 22, 2020; and it is further;

ORDERED that all of the Defendants shall be subject to the full amount of restitution as to all of the victims for all of their losses; and it is further;

ORDERED that the restitution in this matter is due immediately and that interest is waived; and it is further;

ORDERED that this Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Judgment as if set out verbatim therein; and it is further;

ORDERED that payments should be made payable to the **U.S. Treasury** and mailed to Clerk, U.S.D.C., 402 East State Street, Room 2020, Trenton, New Jersey 08608, for proportionate distribution to all of the victims identified in the attached victim list.

_____
Hon. Susan D. Wigenton
United States District Judge